April 15, 2011

Mr. Luke Madole
Carrington Coleman Sloman & Blumenthal, LLP
901 Main Street, Suite 5500
Dallas, TX 75202
Mr. Richard Barrett Phillips Jr.
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533

RE: Case Number: 08-0989
 Court of Appeals Number: 11-05-00264-CV
 Trial Court Number: CC-01-07465-C

Style: ITALIAN COWBOY PARTNERS, LTD., FRANCESCO SECCHI AND JANE SECCHI
 v.
 THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AND FOUR PARTNERS, LLC
 D/B/A PRIZM PARTNERS AND D/B/A UNITED COMMERCIAL PROPERTY SERVICES

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Sherry |
| |Williamson |
| |Mr. John Warren |